IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUSTIN BUONO, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, MICHELLE WILSON, CHRISTOPHER KRAMER, JONATHAN RUNYAN and SUSAN ST. LEDGER, <br><br> Defendants, <br><br> and <br><br> OKTA, INC., <br><br> Nominal Defendant. | Civil Action No. 1:23-cv-00413-CFC |

## STIPULATION AND [PROPOSED] ORDER STAYING ACTION

Plaintiff Austin Buono, Defendants Todd McKinnon, Brett Tighe, Frederic Kerrest, Shellye Archambeau, Robert L. Dixon, Jr., Patrick Grady, Ben Horowitz, Rebecca Saeger, Michael Stankey, Jeff Epstein, Michelle Wilson, Christopher Kramer, Jonathan Runyan and Susan St. Ledger (the "Individual Defendants"), and

1

Nominal Defendant Okta, Inc. ("Okta" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order to stay these proceedings.

WHEREAS, on March 31, 2023, the Northern District of California entered an order granting in part and denying in part the motion to dismiss filed by Okta and certain of the Individual Defendants in a related federal securities class action, captioned *In re Okta, Inc. Securities Litigation*, Case No. 3:22-cv-02990-SI (the "Securities Class Action");

WHEREAS, on April 14, 2023, Plaintiff Austin Buono filed a stockholder derivative action in this Court purportedly on behalf of Okta against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty (the "Derivative Action");

WHEREAS, the parties have conferred and agreed, subject to the Court's approval and based on the terms and conditions set forth below, to stay the Derivative Action through the close of discovery in the Securities Class Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. All proceedings in the Derivative Action, including all deadlines, hearings, and conferences, including any deadlines to move, answer, plead or

otherwise respond to the complaint filed by Plaintiff on April 14, 2023, shall be stayed through the close of discovery in the Securities Class Action.

2. Notwithstanding the foregoing paragraph, the stay of proceedings in the Derivative Action may be earlier lifted: (i) at any time, if the Parties file a written stipulation with the Court agreeing to lift the stay; (ii) after thirty (30) days' written notice via email from Plaintiff's counsel to the undersigned counsel for Defendants, but only if a Related Derivative Action (defined below), wherever instituted, is not stayed for the same or longer duration than the stay of this Derivative Action; or (iii) after thirty (30) days' written notice via email from Defendants' counsel to the undersigned counsel for Plaintiff.

3. After the stay is lifted, the Parties shall, within thirty (30) days, meet and confer and submit to the Court a proposed scheduling order governing further proceedings in the Derivative Action.

4. Defendants shall notify Plaintiff should they become aware of any stockholder derivative lawsuits regarding the same or similar allegations made in the Derivative Action ("Related Derivative Action").

5. Defendants shall provide Plaintiff with reasonable advance notice of any mediation or formal settlement talks with the lead plaintiff(s) in the Securities Class Action or any purported plaintiff in any Related Derivative Action that occurs during the pendency of the stay. Defendants shall make a good faith effort to include

Plaintiff in the mediation and/or formal settlement talks in the Securities Class Action. Defendants shall invite Plaintiff to participate in any mediation with plaintiff(s) in any Related Derivative Action or to mediate with Plaintiff at about the same time separately.

6. Notwithstanding the stay of proceedings in the Derivative Action, Plaintiff may file an amended complaint, although Defendants shall be under no obligation to move, answer, plead, or otherwise respond to any complaint that has been filed or may in the future be filed during the pendency of the stay.

7. The undersigned counsel for Defendants has agreed to accept service of the Complaint and to waive service of summons on behalf of all Defendants.

8. The Parties reserve all rights.

**IT IS SO STIPULATED.**

*Of Counsel:*

**GIBSON, DUNN & CRUTCHER LLP**

Brian M. Lutz
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8379
BLutz@gibsondunn.com

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Kevin M. Gallagher*
Raymond J. DiCamillo (#3188)
Kevin M. Gallagher (#5337)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
DiCamillo@rlf.com
Gallagher@rlf.com

*Attorneys for Individual Defendants and Nominal Defendant Okta, Inc.*

| | |
|---|---|
| *Of Counsel:* | **DELEEUW LAW LLC** |
| **MOORE KUEHN, PLLC** | */s/ P. Bradford deLeeuw* |
| Justin Kuehn<br>Fletcher Moore<br>30 Wall Street, 8th Floor<br>New York, New York 10005<br>jkuehn@moorekuehn.com<br>fmoore@moorekuehn.com | P. Bradford deLeeuw (#3569)<br>1301 Walnut Green Road<br>Wilmington, Delaware 19807<br>Tel: (302) 274-2180<br>brad@deleeuwlaw.com<br><br>*Attorneys for Plaintiff* |

Dated: May 31, 2023

\* \* \*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 31__, 2023            _____
                                                              Hon. Colm F. Connolly
                                                              United States District Judge

5