# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUSTIN BUONO, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, MICHELLE WILSON, CHRISTOPHER KRAMER, JONATHAN RUNYAN, and SUSAN ST. LEDGER, <br><br> Defendants, <br><br> - and - <br><br> OKTA, INC., <br><br> Nominal Defendant. | Case No. 1:23-cv-00413-CFC |
| TONY F. NASR, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, J. FREDERIC KERREST, SHELLYE ARCHAMBEAU, | |

1

| | |
|---|---|
| ROBERT L. DIXON, JR., JEFF EPSTEIN, PATRICK GRADY, BENJAMIN HOROWITZ, REBECCA SAEGER, and MICHAEL STANKEY,<br><br>                  Defendants,<br><br>- and -<br><br>OKTA, INC.,<br><br>                  Nominal Defendant. | Case No. 1:24-cv-00106-CFC |

# JOINT STATUS REPORT

Plaintiffs Austin Buono ("Buono") and Tony F. Nasr ("Nasr") (together, "Plaintiffs"), nominal defendant Okta, Inc. ("Okta" or the "Company"), and individual defendants Todd McKinnon, Brett Tighe, J. Frederic Kerrest, Shellye Archambeau, Robert L. Dixon, Jr., Patrick Grady, Benjamin Horowitz, Rebecca Saeger, Michael Stankey, Jeff Epstein, Michelle Wilson, Christopher Kramer, Jonathan Runyan and Susan St. Ledger (collectively, the "Individual Defendants" and together with Okta, the "Defendants"), jointly submit this Status Report pursuant to the Court's January 27, 2025 Oral Order entered in the above-captioned stockholder derivative actions (the "Derivative Actions").

The Derivative Actions pending before this Court are related to certain other substantially similar derivative actions brought in other Courts on Okta's behalf: *In*

2

re *Okta, Inc. Stockholder Derivative Litigation*, Lead Case No. 3:22-cv-07480 (N.D. Cal.) (the "California Federal Action"); and *In re Okta, Inc. Stockholder Derivative Litigation*, C.A. No. 2024-0685-PAF (Del. Ch.) (the "Court of Chancery Action", and together with the California Federal Action, the "Related Actions"). Following protracted, arm's-length settlement negotiations which began in early 2024 and were overseen by an experienced neutral mediator, the parties in the Derivative Actions and Related Actions, and other stockholders who issued pending litigation demands and a books and records inspection demand (collectively, the "Derivative Matters") were able to reach a global resolution of the Derivative Matters. In connection therewith, the parties to the Derivative Matters executed a Memorandum of Understanding ("MOU") on January 10, 2025.

Per the terms of the MOU, the parties to the Derivative Matters have agreed to present the proposed global settlement of the Derivative Matters for approval in the first-filed California Federal Action. The parties to the Derivative Matters are currently in the process of negotiating the documentation of the global settlement.

In light of the settlement reached by the parties of the Derivative Matters, and the intention to move for approval of the global settlement of the Derivative Matters in the California Federal Action, the parties to the instant Derivative Actions respectfully submit that good cause exists and, subject to Court approval, the Derivative Actions should remain stayed until a final, nonappealable ruling by the

court in the California Federal Action on the forthcoming motion for final approval of the proposed settlement. In the interim, the parties to the instant Derivative Actions would be happy, should this Court see fit, to file additional status reports in order to provide the Court with updates on the progress of the settlement of the Derivative Matters.

Dated: February 7, 2025

Respectfully submitted,

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (No. 3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Counsel for Plaintiffs Austin Buono and Tony F. Nasr and [Proposed] Liaison Counsel for Plaintiffs*

**MOORE KUEHN, PLLC**
Justin Kuehn
30 Wall Street, 8th Floor
New York, NY 10005
jkuehn@moorekuehn.com

*Counsel for Plaintiff Austin Buono and [Proposed] Co-Lead Counsel for Plaintiffs*

**SHUMAN, GLENN & STECKER**
Rusty E. Glenn
600 17th Street, Suite 2800 South
Denver, CO 80202
(303) 861-3003
rusty@shumanlawfirm.com

Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
(303) 861-3003
brett@shumanlawfirm.com

*Counsel for Plaintiff Tony F. Nasr and [Proposed] Co-Lead Counsel for Plaintiffs*

**GREENWICH LEGAL ASSOCIATES, LLC**
Brandon Lacoff
881 Lake Avenue
Greenwich, CT 06831
Telephone: (203) 622-6001
blacoff@grwlegal.com

*Additional Counsel for Plaintiff Tony F. Nasr*

**RICHARDS, LAYTON, & FINGER, P.A.**

*/s/ Kevin M. Gallagher*
Raymond J. DiCamillo (#3188)
Kevin M. Gallagher (#5337)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
DiCamillo@rlf.com
Gallagher@rlf.com

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Lutz
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Tel: (415) 393-8379

5

BLutz@gibsondunn.com

Jeff Lombard
310 University Avenue
Palo Alto, CA 94301-1744
Tel: (650) 849-5340
JLombard@gibsondunn.com

*Counsel for Defendants*