**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUSTIN BUONO, derivatively on behalf of OKTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD MCKINNON, BRETT TIGHE, FREDERIC KERREST, SHELLYE ARCHAMBEAU, ROBERT L. DIXON, JR., PATRICK GRADY, BEN HOROWITZ, REBECCA SAEGER, MICHAEL STANKEY, JEFF EPSTEIN, MICHELLE WILSON, CHRISTOPHER KRAMER, JONATHAN RUNYAN and SUSAN ST. LEDGER, <br><br> Defendants, <br><br> and <br><br> OKTA, INC., <br><br> Nominal Defendant. | Case No. 1:23-cv-00413-CFC <br><br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**

WHEREAS, on October 24, 2025, the Honorable Susan Illston entered a Final Judgment and Order of Dismissal with Prejudice (attached hereto as Exhibit A) finally approving the settlement of a substantially similar consolidated derivative action in the United States District Court for the Northern District of California captioned *In Re Okta, Inc. Stockholder Derivative Litigation*, Consol. Case No. 3:22-cv-07480-SI; and

WHEREAS, the Final Judgment and Order of Dismissal provides for the release by Okta, Inc. ("Okta") of the derivative claims plaintiff asserted on behalf of Okta in this action.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court that the above-captioned action and all claims asserted therein are hereby dismissed with prejudice.

Dated: November 24, 2025

OF COUNSEL:

Justin A. Kuehn
KUEHN LAW, PLLC
53 Hill Street, Suite 605
Southampton, NY 11968
Phone: (833) 672-0814
justin@kuehn.law

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (No. 3569)
deLeeuw Law LLC
1301 Walnut Green Road
Wilmington, DE 19807
Tel.: (302) 274-2180
Fax: (302) 351-6905
brad@deleeuwlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

**GIBSON, DUNN & CRUTCHER LLP**

Brian M. Lutz
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8379
BLutz@gibsondunn.com

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Kevin M. Gallagher*
Raymond J. DiCamillo
Kevin M. Gallagher
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7692
Gallagher@rlf.com

*Attorneys for Individual Defendants and Nominal Defendant Okta, Inc.*

SO ORDERED this 24th day of November\_\_\_\_\_, 2025,

/s/ Colm F. Connolly
_____
Hon. Colm F. Connolly
Chief United States District Judge

2